NUMBER
13-05-462-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG 

___________________________________________________________________

 

ALLEN FRANK KEILERS,                                            Appellant,

 

                                           v.

 

ROSETTA TURNERHILL, INDIVIDUALLY AND 

A/N/F J.A., A MINOR,                                               Appellee.

___________________________________________________________________

 

            On
appeal from County Civil Court at Law No. 3 

                            of
Harris County, Texas.

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

                    Before
Justices Hinojosa, Yañez, and Garza

Memorandum Opinion Per Curiam

 








Appellant, ALLEN FRANK KEILERS, perfected an appeal
from a judgment entered by County Civil Court at Law No. 3 of Harris County, Texas, in cause number 811,600.  After the record was filed, appellant filed a
motion to dismiss the appeal.  Appellant
requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that the motion should be granted.  Appellant=s motion to dismiss is granted, and the appeal is
hereby DISMISSED.

PER CURIAM

Memorandum Opinion
delivered and filed this

the 11th
day of August, 2005.